AO 93 (Rev. 12/09) Search and Seizure Warrant

**NOT FOR PUBLIC VIEW**

# UNITED STATES DISTRICT COURT FILED

for the
Southern District of California

2016 SEP 30 PM 2: 42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
)
Blackberry Cellular Phone, IMEI: 356966050585415, )
Model RFY111LW )
)

BY _____

'16 MJ30 20

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*
See Attachment A (incorporated herein)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B (incorporated herein)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___10/11/16___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Karen S. Crawford _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___9/27/16 @ 4:30 PM___  ___[signature]___
                                                 *Judge's signature*

City and state: San Diego, CA _____ Hon. Karen S. Crawford, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 16mj3020 | Date and time warrant executed: 9/28/16 1600 | Copy of warrant and inventory left with: DON BUFFINGTON |
| Inventory made in the presence of: | | |

Inventory of the property taken and name of any person(s) seized:

PHONE DELIVERED TO HSI FORENSICS UNIT FOR EXAMINATION.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/28/16

Executing officer's signature

ADAM BECKHELM   SPECIAL AGENT
Printed name and title

# ATTACHMENT A
## PROPERTY TO BE SEARCHED

A Blackberry cellular phone, IMEI: 356966050585415, Model RFY111LW seized from Efrain MOTTA on September 9, 2016 at the San Ysidro, California, Port of Entry. It is currently in the possession of the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, Special Agent in Charge, San Diego California, 92101.

## ATTACHMENT B
## ITEMS TO BE SEIZED

The following evidence to be searched for and seized pertains to violations of Title 21, United States Code, Sections 952, 960, and 963:

1. Communications, records, or data including but not limited to emails, text messages, photographs, audio files, videos, or location data:

   a. tending to indicate efforts to smuggle narcotics from Mexico to the United States and within the United States;

   b. tending to identify other facilities, storage devices, or services—such as email addresses, IP addresses, phone numbers—that may contain electronic evidence tending to indicate efforts to smuggle narcotics from Mexico to the United States and within the United States;

   c. tending to identify co-conspirators, criminal associates, or others involved in smuggling narcotics from Mexico to the United States and within the United States;

   d. tending to identify travel to or presence at locations involved in the smuggling of narcotics from Mexico to the United States and within the United States, such as stash houses, load houses, or delivery points.

   e. tending to identify the user of, or persons with control over or access to, the subject phones; or

   f. tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data above.